NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: JAMES PATTERSON, NATHAN MOODY,**
*Appellants*

_____

2017-2364

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/103,813.

_____

**JUDGMENT**

_____

ANDREW V. TRASK, Williams & Connolly LLP, Washington, DC, argued for appellants. Also represented by JAMES SHERWOOD, Google LLC, Washington, DC.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, KAKOLI CAPRIHAN, MARY L. KELLY, MEREDITH HOPE SCHOENFELD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

The parties shall bear their own costs.

ENTERED BY ORDER OF THE COURT

| October 10, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |